UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CECCHETELLI, et. al.,<br><br>Defendant | CRIMINAL No. 19-CR-10459-RWZ |

**GOVERNMENT'S PRELIMINARY STATUS REPORT OF PROPOSED TRIAL GROUPINGS**

In response to the Court's request at the last status conference, the government files the following list of preliminary proposed trial groups. This proposed grouping is preliminary and will necessarily be subject to amendment in the coming weeks in order to account for Defendants pleading guilty.

As a general matter, eleven Defendants have pled guilty, and approximately multiple Defendants are scheduled to plead guilty or are in the process of scheduling their guilty plea. The government is also engaged in active plea discussions with approximately fifteen of the remaining Defendants. As such, the government anticipates numerous Defendants will enter a change their plea, which will require resubmission of these proposed trial groupings to account for these developments. Additionally, the government anticipates many Defendants being capable of inclusion in multiple trial groups. In the event that a trial group has an open slot, the government anticipates proposing that certain Defendants take those positions, if the circumstances permit.

Massachusetts State Team \ North Shore \ Lowell - Group (1)
1. Michael Cecchetelli
2. Gregory Peguero-Colon
3. Juan Liberato
4. Alfred Nieves
5. Israel Rodriguez

Massachusetts State Team \ Morton Street Bricks - Group (2)
1. Esther Ortiz
2. Angel Roldan
3. Francisco Lopez
4. Michael Marrero
5. Angel Calderon
6. Alexis Velasquez

Mass DOC Group
1. Frutuoso Barros
2. Sandra Correa
3. Shaun Harrison
4. Vincent Dzierwinski

D5K Group
1. Steven Familia Valdez
2. Robert Lara
3. Angel Ortiz
4. Angel Rodriguez

New Bedford Trial Group (1)
1. Michael Cotto
2. Luis Mendez
3. Jose Vasquez
4. Kevin Guadalupe
5. Jose Rodriguez

New Bedford Trial Group (2)
1. Orlando Santiago-Torres
2. Natanael Velasquez
3. Taliyah Barbosa
4. Issac Felix-Rivera
5. Roberto Vargas
6. Raekwon Paris

New Bedford Trial Group (2)
1. Ines Lugo

2. Tanairy Ruiz
3. Robert Avitabile
4. Jeremia Medina
5. Joel Francisco
6. Tyson Jorge

Drug Conspiracy, Count 4
1. Sophia Velasquez
2. Dairon Rivera

Felon in Possession, Count 5
1. Hector Adorno

Drug Conspiracy, Count 6
1. Jesus Diaz

Felon in Possession, Count 7
1. Jonathan Cassiano

Felon in Possession, Count 9
1. Derek Southworth

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney

By:    */s/ Philip A. Mallard*
            Philip A. Mallard
            Assistant United States Attorney

### CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: September 8, 2020                        */s/ Philip A. Mallard*
                                                                Philip A. Mallard
                                                                 Assistant United States Attorney