UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

FRANCISCO LOPEZ

1:19-cr-10459-RWZ

### FRANCISCO LOPEZ'S MOTION FOR LEAVE TO FILE SENTENCING EXHIBIT UNDER SEAL (MEDICAL RECORDS)

Francisco Lopez moves the Court for leave to file an exhibit to his sentencing memorandum under seal. As grounds, the defendant states: the contents of the exhibit are medical records and not a subject of public interest and could violate his right to privacy in his medical records on the public docket. *See* Local Rule 83.6.11(4). Mr. Lopez asserts:

1. The exhibit is comprised of medical records from Wyatt Detention Facility and contain sensitive information,
2. Public disclosure is not required under Rule 83.6.11(4), and
3. Filing these records on the public docket would violate his right to privacy.

For the foregoing reasons, it is in the interests of justice to allow Mr. Lopez's motion for leave to file a sentencing exhibit under seal.

*Allowed*
*Ryan Zobel, J*
*6/4/21*

DATE: June 2, 2021                                          Respectfully Submitted,

FRANCISCO LOPEZ
By his attorney:
/s/ Leonard E. Milligan III
Leonard E. Milligan III
BBO No. 668836
Milligan, Rona, Duran, and King, LLC
50 Congress St., Suite 600
Boston, MA 02109
T (617) 395-9570
lem@mrdklaw.com

## CERTIFICATE OF SERVICE

I, Leonard E. Milligan III, hereby certify that on this 2nd day of June 2021, I served one true and correct copy of this motion, through the electronic filing system, on all counsel of record in this matter.

/s/ Leonard E. Milligan III
Leonard E. Milligan III
